# United States District Court
# For the District of Columbia

Michael Newdow, et. al.

    Plaintiff

vs.

Hon. John Roberts, et. al.

    Defendant

Civil Action No. _____

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for Michael Newdow, et al., certify that to the best of my knowledge and belief, **NONE** of the following organizations
    American Humanist Association ("AHA"),
    Freedom From Religion Foundation ("FFRF"),
    Minnesota Atheists ("MNA"),
    Atheists For Human Rights ("AFHR"),
    Atheist Alliance International ("AAI"),
    Atheists United ("AU"),
    New Orleans Secular Humanist Association ("NOSHA"),
    University of Washington Secular Student Union ("UWSSU"),
    Seattle Atheists ("SA") and
    Atheists of Florida ("AOF")
are corporations that have parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

                                                      Attorney of Record

    414030
Bar Identification No.
                                                      Robert V. Ritter
Appignani Humanist Legal Center
American Humanist Association
1777 T Street, N.W.
Washington, D.C. 20009
202-238-9088