IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**MICHAEL NEWDOW,** *et al.*,

    **Plaintiffs,**

  v.

**HON. JOHN ROBERTS, JR.,** *et al.*,

    **Defendants.**

**Civil Action No. 1:08-cv-02248-RBW**

---

## MOTION TO ADMIT *PRO HAC VICE*

---

ROBERT V. RITTER
DC BAR #414030
AHA – 1777 T STREET, NW
WASHINGTON, DC  20009

(202) 238-9088
BRitter@americanhumanist.org

MICHAEL NEWDOW
*IN PRO PER* AND *PRO HAC VICE* (PENDING)
PO BOX 233345
SACRAMENTO, CA  95823

(916) 427-6669
NewdowLaw@gmail.com


  I, Robert V. Ritter, a member of the Bar of the District of Columbia and counsel for Plaintiffs American Humanist Association *et al*, move in conjunction with Attorney Michael Newdow for his *pro hac vice* admission.  In support of this motion, I state as follows:

1. I am a member in good standing of the Bar of this Court.

2. As set forth in the Affidavit of Michael Newdow accompanying this Motion, Attorney Newdow is licensed to practice before the Bar of California, before the U.S. District Court for the Eastern District of California, and before the United States Court of Appeals for the Ninth Circuit.

3. Attorney Newdow's address is PO Box 233345, Sacramento, CA 95823; telephone no. (916) 427-6669.

4. Attorney Newdow is a member in good standing and eligible to practice in each jurisdiction and court to which he has been admitted. He has never been disciplined by any bar.

5. Attorney Newdow does not recall ever having been admitted *pro hac vice* in this Court.

6. Attorney Newdow does not engage in the practice of law from an office located in the District of Columbia.

7. I will be actively associated with Attorney Newdow during the pendency of this matter.

WHEREFORE, in conjunction with Attorney Newdow, I, Robert V. Ritter respectfully requests that this Court:

A. Grant this motion; and

B. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

<u>/s/ - Robert V. Ritter</u>                                                                 January 2, 2009

Robert V. Ritter
DC BAR #414030
AHA – 1777 T STREET, NW
WASHINGTON, DC  20009

(202) 238-9088
BRitter@americanhumanist.org


<u>/s/ - Michael Newdow</u>                                                                January 2, 2009

Michael Newdow
*In pro per* and *pro hac vice* (pending)
PO Box 233345
Sacramento, CA  95823

(916) 427-6669
NewdowLaw@gmail.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**MICHAEL NEWDOW,** *et al.*,

    **Plaintiffs,**

v.

**HON. JOHN ROBERTS, JR.,** *et al.*,

    **Defendants.**

**Civil Action No. 1:08-cv-02248-RBW**

---

## AFFIDAVIT OF MICHAEL NEWDOW IN SUPPORT
## OF MOTION TO ADMIT *PRO HAC VICE*

---

Michael Newdow, *in pro per* and *pro hac vice* (pending)
PO Box 233345
Sacramento, CA  95823

(916) 427-6669
NewdowLaw@gmail.com

MICHAEL NEWDOW, having been duly sworn, deposes and says:

1. My name is Michael Arthur Newdow.

2. My office mailing address is PO Box 233345, Sacramento, CA  95823. My telephone number is (916) 427-6669.

3. I have been admitted to practice in the following courts:

    a. California State Court (State Bar #220444, admitted July 29, 2002);

    b. U.S. District Court for the Eastern District of California (admitted June 25, 2004); and

    c. U.S. Court of Appeals for the Ninth Circuit (admitted January 6, 2006).

4. I am a member in good standing and eligible to practice in each jurisdiction and court to which I have been admitted. I have never been disciplined by any bar.

5. I do not recall ever having been admitted *pro hac vice* in this Court.

6. I do not engage in the practice of law from an office located in the District of Columbia.


Dated: January 2, 2009  _____
                        Michael Newdow



STATE OF MISSOURI
COUNTY OF BARRY

On this 2nd day of January 2009, MICHAEL NEWDOW personally appeared before me and made an oath that the facts recited in the foregoing Affidavit are true to the best of his knowledge and belief.

_____
Notary Public/Justice of the Peace
My Commission Expires: _____

3. I have been admitted to practice in the following courts:

    a. California State Court (State Bar #220444, admitted July 29, 2002);

    b. U.S. District Court for the Eastern District of California (admitted June 25, 2004); and

    c. U.S. Court of Appeals for the Ninth Circuit (admitted January 6, 2006).

4. I am a member in good standing and eligible to practice in each jurisdiction and court to which I have been admitted. I have never been disciplined by any bar.

5. I do not recall ever having been admitted *pro hac vice* in this Court.

6. I do not engage in the practice of law from an office located in the District of Columbia.

Dated: January 2, 2009

                                                                                      Michael Newdow

STATE OF MISSOURI
COUNTY OF BARRY

On this 2nd day of January 2009, MICHAEL NEWDOW personally appeared before me and made an oath that the facts recited in the foregoing Affidavit are true to the best of his knowledge and belief.

                                                                                      Notary Public/Justice of the Peace
                                                                                      My Commission Expires: 11/09

LAURA GUZMAN
My Commission Expires
November 29, 2009
Lawrence County
Commission #05803109

3. I have been admitted to practice in the following courts:

    a. California State Court (State Bar #220444, admitted July 29, 2002);

    b. U.S. District Court for the Eastern District of California (admitted June 25, 2004); and

    c. U.S. Court of Appeals for the Ninth Circuit (admitted January 6, 2006).

4. I am a member in good standing and eligible to practice in each jurisdiction and court to which I have been admitted. I have never been disciplined by any bar.

5. I do not recall ever having been admitted *pro hac vice* in this Court.

6. I do not engage in the practice of law from an office located in the District of Columbia.

Dated: January 2, 2009             /s/ - Michael Newdow
                                                       Michael Newdow

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Action No. 1:08-cv-02248-RBW

Newdow v. Roberts

**CERTIFICATE OF SERVICE**

I hereby certify that on January 5, 2009, I served copies of:

(1) MOTION OF ROBERT V. RITTER, IN CONJUNCTION WITH MICHAEL NEWDOW, TO ADMIT MICHAEL NEWDOW *PRO HAC VICE*; and
(2) AFFIDAVIT OF MICHAEL NEWDOW IN SUPPORT OF MOTION TO ADMIT *PRO HAC VICE*

upon the following individuals and entities by placing them in the United States mail.

Hon. John G. Roberts, Jr.
Supreme Court of the United States
One First Street NE
Washington, DC 20543

Hon. John G. Roberts, Jr.
(Home address under seal)

Presidential Inaugural Committee 2009
Washington, DC 20599

Emmett Beliveau, Executive Director
Presidential Inaugural Committee 2009
Washington, DC 20599

Joint Cong Comm on Inaugural Ceremonies
United States Senate
331 Hart Senate Office Building
Washington, DC 20510

Senator Dianne Feinstein, Chairman
Joint Cong Comm on Inaugural Ceremonies
United States Senate
331 Hart Senate Office Building
Washington, DC 20510

Armed Forces Inaugural Committee
Joint Force Hdqrs - National Capital Region
US Army Military District of Washington
103 Third Avenue - Fort Lesley J. McNair
Washington, DC 20319-5058

Major Gen Richard J. Rowe, Jr., Chairman
Armed Forces Inaugural Committee
Joint Force Hdqrs - National Capital Region
US Army Military District of Washington
103 Third Avenue - Fort Lesley J. McNair
Washington, DC 20319-5058

Rev. Richard D. Warren
(Home address under seal)

Rev. Joseph E. Lowery
(Home address under seal)

Jeffrey Taylor
US Attorney for the District of Columbia
501 3rd Street NW, 4th Floor
Washington, DC 20001

Michael B. Mukasey
Attorney General of the United States
950 Pennsylvania Avenue NW
Washington, DC 20530

Additionally, these documents were electronically filed with the Clerk of the United States District Court for the District of Columbia by using the CM/ECF system.

I am at least 18 years of age and not a party to the cause.

Signature: _____   January _____, 2009

Printed Name:    _____

Street Address:  _____

City, State & Zip: _____

Phone:           _____