## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                            )
MICHAEL NEWDOW, et al.,                     )
                                            )
           Plaintiffs,                     )
                                            )
  v.                                        )  CIVIL ACTION NO. 08-cv-02248-RBW
                                            )
HON JOHN ROBERTS, JR., et al.,              )
                                            )
           Defendants.                     )
_____)

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter the appearance of Brad P. Rosenberg, United States Department of Justice, Civil Division, Federal Programs Branch, as counsel of record for the following defendants in the above-captioned case:

    Hon. John Roberts, Jr.
    Joint Congressional Committee on Inaugural Ceremonies ("JCCIC")
    Senator Dianne Feinstein, Chairperson, JCCIC
    Armed Forces Inaugural Committee ("AFIC")
    Major General Richard J. Rowe, Jr., Chairperson, AFIC

Dated: January 5, 2009

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

JAMES GILLIGAN
Assistant Branch Director

  /s/ Brad P. Rosenberg
Brad P. Rosenberg (DC Bar 467513)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
Tel: (202) 514-3374
Fax: (202) 616-8460
brad.rosenberg@usdoj.gov

<u>Mailing Address:</u>
Post Office Box 883
Washington, D.C. 20044

<u>Courier Address:</u>
20 Massachusetts Ave., N.W.
Washington, D.C. 20001

Counsel for Defendants
Hon. John Roberts, Jr.
Joint Congressional Committee on Inaugural Ceremonies
Senator Dianne Feinstein, Chairperson, JCCIC
Armed Forces Inaugural Committee
Major General Richard J. Rowe, Jr., Chairperson, AFIC