UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
MICHAEL NEWDOW, et al.,             )
                                    )
        Plaintiffs,                 )
                                    )
    v.                              )   Civil Action No. 08-2248 (RBW)
                                    )
HON. JOHN ROBERTS, JR.,              )
CHIEF JUSTICE OF THE U.S. SUPREME   )
COURT, et al.,                      )
                                    )
        Defendants.                 )
_____)

**<u>ORDER</u>**

This matter comes before the Court on plaintiff Michael Newdow's motion seeking admission to this Court <u>pro hac vice</u> and the plaintiffs' motion seeking a preliminary injunction,[1] both filed on January 5, 2009.

Based on the representations made to the Court in these filings, it finds good cause to admit plaintiff Newdow, an attorney barred before the Bar of California, the United States District Court for the Eastern District of California, and the United States Court of Appeals for the Ninth Circuit, to appear before this Court and be heard on matters related to this case in association with local counsel.

In addition, based on the extraordinary relief sought by the plaintiffs, the Court will hold a hearing on the motion for a preliminary injunction (in essence a motion for a temporary restraining order) on January 15, 2009, at 2 p.m. in Courtroom 16 of the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001. In preparation for that hearing, the defendants shall file any opposition to the plaintiffs' motion by 5

---

[1] The plaintiffs' motion initially seeks, in essence, a temporary retraining order and appears to be improperly titled as seeking a preliminary injunction.

p.m. on January 7, 2009. The plaintiffs shall file any reply to the defendants' opposition to the plaintiffs' motion by 5 p.m. on January 9, 2009.

Accordingly, it is hereby

**ORDERED** that plaintiff Newdow's motion for admission pro hac vice is **GRANTED**. It is further

**ORDERED** that the defendants shall file any opposition to the plaintiffs' motion by 5 p.m. on January 7, 2009, and the plaintiffs shall file any reply to the defendants' opposition to the plaintiff's motion by 5 p.m. on January 9, 2009. It is further

**ORDERED** the Court will hold a hearing on the motion on January 15, 2009, at 2 p.m. in Courtroom 16 of the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001.

**SO ORDERED** this 5th day of January, 2008.

_____/s/_____
REGGIE B. WALTON
United States District Judge