IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Action No. 1:08-cv-02248-RBW

Newdow v. Roberts

**CERTIFICATE OF SERVICE**

I hereby certify that on January 5, 2009, I served copies of:

**(1) MOTION OF ROBERT V. RITTER, IN CONJUNCTION WITH MICHAEL NEWDOW, TO ADMIT MICHAEL NEWDOW *PRO HAC VICE*; and
(2) AFFADAVIT OF MICHAEL NEWDOW IN SUPPORT OF MOTION TO ADMIT *PRO HAC VICE***

upon the following individuals and entities by placing them in the United States mail.

Hon. John G. Roberts, Jr.
Supreme Court of the United States
One First Street NE
Washington, DC 20543

Hon. John G. Roberts, Jr.
(Home address under seal)

Presidential Inaugural Committee 2009
Washington, DC 20599

Emmett Beliveau, Executive Director
Presidential Inaugural Committee 2009
Washington, DC 20599

Joint Cong Comm on Inaugural Ceremonies
United States Senate
331 Hart Senate Office Building
Washington, DC 20510

Senator Dianne Feinstein, Chairman
Joint Cong Comm on Inaugural Ceremonies
United States Senate
331 Hart Senate Office Building
Washington, DC 20510

Armed Forces Inaugural Committee
Joint Force Hdqrs - National Capital Region
US Army Military District of Washington
103 Third Avenue - Fort Lesley J. McNair
Washington, DC 20319-5058

Major Gen Richard J. Rowe, Jr., Chairman
Armed Forces Inaugural Committee
Joint Force Hdqrs - National Capital Region
US Army Military District of Washington
103 Third Avenue - Fort Lesley J. McNair
Washington, DC 20319-5058

Rev. Richard D. Warren
(Home address under seal)

Rev. Joseph E. Lowery
(Home address under seal)

Jeffrey Taylor
US Attorney for the District of Columbia
501 3rd Street NW, 4th Floor
Washington, DC 20001

Michael B. Mukasey
Attorney General of the United States
950 Pennsylvania Avenue NW
Washington, DC 20530

Additionally, these documents were electronically filed with the Clerk of the United States District Court for the District of Columbia by using the CM/ECF system.

I am at least 18 years of age and not a party to the cause.

| | | |
|---|---|---|
| Signature: | /s/ Robert V. Ritter | January 5, 2009 |
| Printed Name: | Robert V. Ritter | |
| Street Address: | 1777 T Street, N.W. | |
| City, State & Zip: | Washington, D. C. 20009 | |
| Phone: | 202-238-9088 | |