IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL NEWDOW, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 08-2248 (RBW) |
| ) | |
| HON. JOHN ROBERTS, JR., et al., ) | |
| ) | |
| Defendants. ) | |

## ERRATA

The Federal Defendants, by and through undersigned counsel, hereby respectfully submit this Errata and state as follows:

1. On January 8, 2009, the Federal Defendants filed their opposition to Plaintiffs' motion for a preliminary injunction. See Dkt. No. 13.

2. Attached to the Federal Defendants' opposition as Exhibit 7 was the Declaration of Thomas L. Groppel. Although that declaration was signed on January 8, 2009, the copy submitted to the court as Exhibit 7 lacked the execution date. Attached hereto as Exhibit A is a copy of the same declaration reflecting that it was signed on January 8, 2009.

3. In addition, and for the Court's and the parties' convenience, attached hereto as Exhibit B is a Table of Contents to the Federal Defendants' opposition.

Dated: January 9, 2009                                  Respectfully submitted,

                                                        GREGORY G. KATSAS
                                                        Assistant Attorney General

                                                        JOHN C. O'QUINN
                                                        Deputy Assistant Attorney General
                                                        Federal Programs Branch

JAMES J. GILLIGAN
Assistant Director

   /s/ Brad P. Rosenberg
BRAD P. ROSENBERG (DC Bar 467513)
ERIC B. BECKENHAUER (Cal. Bar 237526)
Trial Attorneys
United States Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20001
Tel: (202) 514-3374
Fax: (202) 616-8460
brad.rosenberg@usdoj.gov

Counsel for the Federal Defendants:
Hon. John Roberts, Jr.
Joint Congressional Committee on Inaugural
   Ceremonies ("JCCIC")
Senator Dianne Feinstein, Chairperson, JCCIC
Armed Forces Inaugural Committee ("AFIC")
Major General Richard J. Rowe, Jr.,
   Chairperson, AFIC