IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL NEWDOW, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 08-2248 (RBW) |
| HON. JOHN ROBERTS, JR., et al., | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

To the Clerk of Court and all parties of record:

Please enter the appearance of Eric B. Beckenhauer, U.S. Department of Justice, Civil Division, Federal Programs Branch, as counsel of record for the following defendants in this case:

Hon. John Roberts, Jr.
Joint Congressional Committee on Inaugural Ceremonies ("JCCIC")
Senator Dianne Feinstein, Chairperson, JCCIC
Armed Forces Inaugural Committee ("AFIC")
Major General Richard J. Rowe, Jr., Chairperson, AFIC

Dated: January 9, 2009           Respectfully submitted,

                                 GREGORY G. KATSAS
                                 Assistant Attorney General

                                 JOHN C. O'QUINN
                                 Deputy Assistant Attorney General

                                 JAMES J. GILLIGAN
                                 Assistant Director, Federal Programs Branch

  /s/ *Eric B. Beckenhauer*
ERIC B. BECKENHAUER, Cal. Bar No. 237526
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington, DC  20530
Telephone: (202) 514-3338
Facsimile: (202) 616-8470
E-mail: eric.beckenhauer@usdoj.gov

Counsel for Defendants
Hon. John Roberts, Jr.
Joint Congressional Committee on Inaugural
   Ceremonies ("JCCIC")
Senator Dianne Feinstein, Chairperson, JCCIC
Armed Forces Inaugural Committee ("AFIC")
Major General Richard J. Rowe, Jr., Chairperson,
   AFIC

# CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of January 2009, I caused the foregoing document to be served on Plaintiff's counsel of record electronically by means of the Court's CM/ECF system.

    /s/ *Eric B. Beckenhauer*
ERIC B. BECKENHAUER
Trial Attorney
U.S. Department of Justice