# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|                                              |                                      |
|----------------------------------------------|--------------------------------------|
| **MICHAEL NEWDOW,** *et al.*,                |                                      |
| **Plaintiffs,**                              |                                      |
| v.                                           | Civil Action No. 1:08-cv-02248-RBW   |
| **HON. JOHN ROBERTS, JR.,** *et al.*,        |                                      |
| **Defendants.**                              |                                      |

## PLAINTIFFS' MOTION FOR LEAVE TO SUBMIT SUPPLEMENTAL DECLARATIONS

MICHAEL NEWDOW
*In pro per* and *pro hac vice*
PO BOX 233345
SACRAMENTO, CA 95823
916.427.6669
NewdowLaw@gmail.com


ROBERT V. RITTER
DC BAR #414030
Appiganani Humanist Legal Center
1777 T Street, N.W.
Washington, D.C. 20009
202.238.9088
BRitter@americanhumanist.org

Pursuant to LCvR 65.1(c), Plaintiffs respectfully request leave to file supplemental declarations to their Motion for a Preliminary Injunction.

Plaintiffs have attempted to contact opposing counsel. The Federal Defendants have withheld consent due to the need to obtain approval from a superior. Due to their own delay in making those attempts, Plaintiffs were unable to reach opposing counsel or unrepresented defendants prior to the submission of this Motion.

The supplemental declarations are attached.

Respectfully submitted this 10th day of January, 2009,


| | |
|---|---|
| /s/ - Michael Newdow | /s/ - Robert V. Ritter |
| Michael Newdow | Robert V. Ritter |
| *In pro per* and *pro hac vice* | DC Bar #414030 |
| PO Box 233345 | Appignani Humanist Legal Center |
| Sacramento, CA 95823 | 1777 T Street, N.W. |
| (916) 427-6669 | Washington, D.C. 20009 |
| NewdowLaw@gmail.com | (202) 238-9088 |
| | BRitter@americanhumanist.org |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Action No. 1:08-cv-02248-RBW

Newdow v. Roberts

**CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2009, I served copies of:

**(1) PLAINTIFFS' MOTION FOR LEAVE TO SUBMIT SUPPLEMENTAL DECLARATIONS (with Declaration of Plaintiff Michael Newdow)**

upon the following individuals and entities by placing them in the United States mail.

Rev. Richard D. Warren
(Home address under seal,)

Rev. Joseph E. Lowery
(Home address under seal)

Additionally, this document was electronically filed with the Clerk of the United States District Court for the District of Columbia by using the CM/ECF system.

I am at least 18 years of age and not a party to the cause.

| | | |
|---|---|---|
| Signature: | /s/ Robert V. Ritter | January 10, 2009 |
| Printed Name: | Robert V. Ritter | |
| Street Address: | 1777 T Street, N.W. | |
| City, State & Zip: | Washington, D. C. 20009 | |
| Phone: | 202.238.9088 | |