## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MICHAEL NEWDOW, et al.,<br>        Plaintiffs,<br><br>v.<br><br>HON. JOHN G. ROBERTS, et al.,<br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 08-CV-2248-RBW |

### NOTICE OF ENTRY OF APPEARANCE

E. Desmond Hogan, Esq., hereby gives notice of his appearance herein on behalf of Defendants Presidential Inaugural Committee and its Executive Director Emmett Beliveau.

Respectfully submitted,

Dated:  January 10, 2009

_____/S/ E. Desmond Hogan_____

Craig A. Hoover (D.C. Bar No. 386918)
E. Desmond Hogan (D.C. Bar No. 458044)
Dominic F. Perella (D.C. Bar No. 976381)
HOGAN & HARTSON L.L.P.
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
Phone:  (202) 637-5600
Fax: (202) 637-5910
E-mail:  cahoover@hhlaw.com
E-mail:  edhogan@hhlaw.com

Of Counsel

Deborah T. Ashford
General Counsel, Presidential Inaugural Committee
2009 c/o
HOGAN & HARTSON L.L.P.
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
Phone:  (202) 637-5600
Fax: (202) 637-5910
E-mail:  dtashford@hhlaw.com
General Counsel for Presidential Inaugural
Committee 2009

\\\DC - 090334/008003 - 2843341 v2

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance was served this 10th day of January, 2009, by the Court's ECF system and/or e-mail upon:

Michael Newdow
PO Box 233345
Sacramento, CA 95823
NewdowLaw@gmail.com

Robert Ritter
AHA
1777 T Street, N.W.
Washington, DC 20009
BRitter@americanhumanist.org

Attorneys for Plaintiffs

James Gilligan
Brad P. Rosenberg
Eric B. Beckenhauer
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20001
Tel: (202) 514-3374
Fax: (202) 616-8460
James.Gilligan@usdoj.gov
brad.rosenberg@usdoj.gov
Eric.Beckenhauer@usdoj.gov

Counsel for the Federal Defendants

_____/S/_____
E. Desmond Hogan