**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| MICHAEL NEWDOW, et al., )<br>　　　　Plaintiffs, )<br>　　　　　　v. )<br>HON. JOHN G. ROBERTS, et al., )<br>　　　　Defendants. **)**<br>　　　　　　　　　　　　　　　　　　) | Case No. 08-CV-2248-RBW |

## NOTICE OF ENTRY OF APPEARANCE

　　　　Craig A. Hoover, Esq., hereby gives notice of his appearance herein on behalf of Defendants Presidential Inaugural Committee and its Executive Director Emmett Beliveau.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated:  January 12, 2009　　　　　　　　　　/S/ Craig A. Hoover

　　　　　　　　　　　　　　　　　　Craig A. Hoover (D.C. Bar No. 386918)
　　　　　　　　　　　　　　　　　　E. Desmond Hogan (D.C. Bar No. 458044)
　　　　　　　　　　　　　　　　　　Dominic F. Perella (D.C. Bar No. 976381)
　　　　　　　　　　　　　　　　　　HOGAN & HARTSON L.L.P.
　　　　　　　　　　　　　　　　　　555 Thirteenth Street, N.W.
　　　　　　　　　　　　　　　　　　Washington, D.C. 20004-1109
　　　　　　　　　　　　　　　　　　Phone:  (202) 637-5600
　　　　　　　　　　　　　　　　　　Fax: (202) 637-5910
　　　　　　　　　　　　　　　　　　E-mail:  cahoover@hhlaw.com
　　　　　　　　　　　　　　　　　　E-mail:  edhogan@hhlaw.com

　　　　　　　　　　　　　　　　　　Of Counsel

　　　　　　　　　　　　　　　　　　Deborah T. Ashford
　　　　　　　　　　　　　　　　　　General Counsel, Presidential Inaugural Committee
　　　　　　　　　　　　　　　　　　2009 c/o
　　　　　　　　　　　　　　　　　　HOGAN & HARTSON L.L.P.
　　　　　　　　　　　　　　　　　　555 Thirteenth Street, N.W.
　　　　　　　　　　　　　　　　　　Washington, D.C. 20004-1109
　　　　　　　　　　　　　　　　　　Phone:  (202) 637-5600
　　　　　　　　　　　　　　　　　　Fax: (202) 637-5910
　　　　　　　　　　　　　　　　　　E-mail:  dtashford@hhlaw.com
　　　　　　　　　　　　　　　　　　General Counsel for Presidential Inaugural
　　　　　　　　　　　　　　　　　　Committee 2009

\\\DC - 090334/008003 - 2843341 v1

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance was served this 12th day of January, 2009, by the Court's ECF system:

>Michael Newdow
>PO Box 233345
>Sacramento, CA 95823
>NewdowLaw@gmail.com
>
>Robert Ritter
>AHA
>1777 T Street, N.W.
>Washington, DC 20009
>BRitter@americanhumanist.org
>
>Attorneys for Plaintiffs
>
>James Gilligan
>Brad P. Rosenberg
>Eric B. Beckenhauer
>United States Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Avenue, N.W.
>Washington, D.C. 20001
>Tel: (202) 514-3374
>Fax: (202) 616-8460
>James.Gilligan@usdoj.gov
>brad.rosenberg@usdoj.gov
>Eric.Beckenhauer@usdoj.gov
>
>Counsel for the Federal Defendants

            _____/S/_____
                E. Desmond Hogan