IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL NEWDOW**, *et al.*, <br><br> **Plaintiffs**, <br><br> v. <br><br> **HON. JOHN ROBERTS, JR.**, *et al.*, <br><br> **Defendants.** | Civil Action No. 1:08-cv-02248-RBW |

## DECLARATION OF MICHAEL NEWDOW

I am a citizen of the United States, a resident of the State of California, Reverend of the First Atheist Church of True Science ("FACTS"), a member of the Freedom From Religion Foundation ("FFRF") and the American Humanist Association ("AHA"), and an Atheist. I plan to view the 2009 Inaugural ceremony via the large video displays being set up on the Capitol mall.

I viewed the 2001 presidential inauguration on television, and actually had a ticket for the 2005 inauguration. However, solely because those orchestrating that event refused to eliminate the use of (Christian) Monotheistic clergy during the ceremony, I did not attend that inaugural. Because I have a keen interest in our nation's government generally, and in the inaugural ceremonies in particular, I plan to view every future inauguration for the rest of my life. Being age 55 and in good health, I expect that I will view at least six more inaugurals after the one occurring on January 20, 2009.