**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| MICHAEL NEWDOW, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 08-CV-2248-RBW |
| HON. JOHN G. ROBERTS, et al., | ) ) | |
| Defendants. | **)** ) | |

## NOTICE OF ENTRY OF APPEARANCE

Dominic F. Perella, Esq., hereby gives notice of his appearance herein on behalf of Defendants Presidential Inaugural Committee and its Executive Director Emmett Beliveau.

Respectfully submitted,

Dated:  January 14, 2009                     /S/ Dominic F. Perella

Craig A. Hoover (D.C. Bar No. 386918)
E. Desmond Hogan (D.C. Bar No. 458044)
Dominic F. Perella (D.C. Bar No. 976381)
HOGAN & HARTSON L.L.P.
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
Phone:  (202) 637-5600
Fax: (202) 637-5910
E-mail:  cahoover@hhlaw.com
E-mail:  edhogan@hhlaw.com

Of Counsel

Deborah T. Ashford
General Counsel, Presidential Inaugural Committee 2009 c/o
HOGAN & HARTSON L.L.P.
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
Phone:  (202) 637-5600
Fax: (202) 637-5910
E-mail:  dtashford@hhlaw.com
General Counsel for Presidential Inaugural Committee 2009

\\\DC - 090334/008003 - 2843341 v1

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance was served this 14th day of January, 2009, by the Court's ECF system:

    Michael Newdow
    PO Box 233345
    Sacramento, CA 95823
    NewdowLaw@gmail.com

    Robert Ritter
    AHA
    1777 T Street, N.W.
    Washington, DC 20009
    BRitter@americanhumanist.org

    Attorneys for Plaintiffs

    James Gilligan
    Brad P. Rosenberg
    Eric B. Beckenhauer
    United States Department of Justice
    Civil Division, Federal Programs Branch
    20 Massachusetts Avenue, N.W.
    Washington, D.C. 20001
    Tel: (202) 514-3374
    Fax: (202) 616-8460
    James.Gilligan@usdoj.gov
    brad.rosenberg@usdoj.gov
    Eric.Beckenhauer@usdoj.gov

    Counsel for the Federal Defendants

                                        _____/S/ Dominic F. Perella_____
                                                  Dominic F. Perella