# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MICHAEL NEWDOW, *et al.*,

    Plaintiffs,

v.

HON. JOHN ROBERTS, JR., *et al.*,

    Defendants.

Civil Action No. 1:08-cv-02248-RBW

---

## PLAINTIFFS' MOTION FOR PROTECTIVE ORDER ALLOWING PSEUDONYMS, DECLARATIONS AND ADDRESSES TO BE FILED UNDER SEAL

---

MICHAEL NEWDOW
*In pro per* and *pro hac vice*
PO BOX 233345
SACRAMENTO, CA  95823

(916) 427-6669
NewdowLaw@gmail.com



ROBERT V. RITTER
DC BAR #414030
AHA – 1777 T STREET, NW
WASHINGTON, DC  20009

(202) 238-9088
BRitter@americanhumanist.org

Plaintiffs respectfully move for permission to use pseudonyms and to submit the Declarations of the key child plaintiff in this action (henceforth "DoeChild") and of that child's parent (henceforth "DoeParent") under seal. Additionally, permission is sought to submit the private residence addresses of all parties under seal. Submitted herewith in support of this Motion are a proposed Order and a Memorandum in support of this Motion.

Pursuant to LCvR 7(k) and (m):

(a) Consultation was obtained with Brad Rosenberg, opposing counsel for Defendants Hon. John Roberts, Jr., JCCIC, Senator Dianne Feinstein, AFIC, and Major General Richard Rowe. Mr. Rosenberg's address is:

> Brad Rosenberg
> USDOJ, Civil Division
> Federal Programs Branch
> PO Box 883
> Washington, DC  20044

Mr. Rosenberg has informed the Plaintiffs that the Federal Defendants consent to the filing of addresses under seal, but do not consent to any of the other relief requested in the motion and reserve their right to oppose the motion.

(b) Consultation was obtained with E. Desmond Hogan, opposing counsel for Defendants PIC and Emmett Beliveau. Mr. Hogan's address is:

> E. Desmond Hogan
> Hogan & Hartson, LLP
> 555 Thirteenth St., NW
> Washington, DC   20004

Mr. Hogan takes the same position as the Federal Defendants, that is, PIC Defendants consent to the filing of addresses under seal, but do not consent to any of the other relief requested in the motion and reserve their right to oppose the motion.

(c) Plaintiff's attorney Ritter spoke by telephone this date with Defendant Rev. Joseph Lowery, who is apparently representing himself.  Rev. Lowery's address is provided in the accompanying listing of addressed being provided to the Court under seal. Defendant Rev. Lower does not object to Plaintiffs' motion for a protective order.

(d) Consultation was attempted multiple times with Defendant Rev. Rick Warren, who is apparently representing himself. Rev. Warren's address is provided in the accompanying listing of addressed being provided to the Court under seal. As of this filing, Plaintiffs have been unable to contact Rev. Warren.

Respectfully submitted this 14th day of January, 2009,

| | |
|---|---|
| /s/ - Michael Newdow | /s/ - Robert V. Ritter |
| Michael Newdow | Robert V. Ritter |
| *In pro per* and *pro hac vice* | DC Bar #414030 |
| PO Box 233345 | AHA – 1777 T Street, NW |
| Sacramento, CA 95823 | Washington, DC 20009 |
| (916) 427-6669 | (202) 238-9088 |
| NewdowLaw@gmail.com | BRitter@americanhumanist.org |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Action No. 1:08-cv-02248-RBW

Newdow v. Roberts

**CERTIFICATE OF SERVICE**

I hereby certify that on January 14, 2009, I served copies of:

(1) **PLAINTIFFS' MOTION FOR PROTECTIVE ORDER ALLOWING PSEUDONYMS, DECLARATIONS AND ADDRESSES TO BE FILED UNDER SEAL;**
(2) **MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR PROTECTIVE ORDER ALLOWING PSEUDONYMS, DECLARATIONS AND ADDRESSES TO BE FILED UNDER SEAL**
(3) **PROPOSED ORDER REGARDING PLAINTIFFS' MOTION FOR PROTECTIVE ORDER ALLOWING PSEUDONYMS, DECLARATIONS AND ADDRESSES TO BE FILED UNDER SEAL; and**

upon the following individuals by placing them in the United States mail.

| | |
|---|---|
| Rev. Richard Warren | Rev. Joseph Lowery |
| (Home address under seal) | (Home address under seal) |

Additionally, these documents were electronically filed with the Clerk of the United States District Court for the District of Columbia by using the CM/ECF system.

I am at least 18 years of age and not a party to the cause.

| | | |
|---|---|---|
| Signature: | /s/ Robert V. Ritter | January 14, 2009 |
| Printed Name: | Robert V. Ritter | |
| Street Address: | 1777 T Street, N.W. | |
| City, State & Zip: | Washington, D.C. 20009 | |
| Phone: | 202-238-9088 | |