# United States District Court
# For the District of Columbia

MICHAEL NEWDOW, et al.,

        Plaintiff(s)      )    **APPEARANCE**

             vs.             )    CASE NUMBER 1:08-cv-02248-RBW

HON. JOHN ROBERTS, JR., et al.,

        Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of  John C. O'Quinn  as counsel in this
                                      (Attorney's Name)

case for:  HON. JOHN ROBERTS, JR., et al.
                    (Name of party or parties)

January 15, 2009                        *[signature]*
Date                                                   Signature

DC 485936                          John C. O'Quinn
BAR IDENTIFICATION             Print Name

                                           950 Pennsylvania Ave., NW
                                           Address

                                           Washington, D.C.  20530
                                           City         State        Zip Code

                                           202 514-3301
                                           Phone Number