IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL NEWDOW, et al., | * |
| Plaintiffs, | * |
| v. | Civil Action No. 08-2248 (RBW) |
| | * |
| HON. JOHN ROBERTS, JR., et al., | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR KEVIN T. SNIDER TO APPEAR
## PRO HAC VICE FOR DEFENDANT,
## <u>DR. RICK WARREN</u>

J. Stephen Simms, a member of the bar of this Court, moves pursuant to Local Rule 83.2 for Kevin T. Snider, a non-member of the Bar of this Court.

Mr. Snider herewith submits the Declaration that Local Rule 83.2 requires.

WHEREFORE, movant respectfully requests this Court to grant this motion.

Dated: January 15, 2009.

/s/ J. Stephen Simms
J. Stephen Simms
Simms Showers LLP
20 South Charles Street
Suite 702
Baltimore, Maryland 21201
Tel.  (410) 783-5795
Fax: (410) 510-1789
jssimms@simmsshowers.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 15, 2009 I caused the foregoing and accompanying Declaration of Kevin T. Snider to be filed on this Court's CM/ECF system for service on all record counsel.

                                                              /s/ J. Stephen Simms

# DECLARATION OF KEVIN T. SNIDER

Kevin T. Snider declares as follows, pursuant to Local Rule 83.2:

1. My full name, office address and telephone number are below.

2. I am admitted to the bars of the United States Supreme Court, the Supreme Court of California, the United States Courts of Appeal for the Ninth Circuit, and the United States District Courts for the Northern, Eastern, Central, and Southern Districts of California.

3. I have not been disciplined by any bar.

4. I have never been admitted pro hac vice to the the United States District Court for the District of Columbia.

5. I do not engage in the practice of law from an office located in the District of Columbia, I am not a member of the District of Columbia Bar and I do not have pending an application for membership in the District of Columbia Bar.

Dated: January 15, 2009.

_____
Kevin T. Snider, CA Bar No. 170988*
PACIFIC JUSTICE INSTITUTE
9851 Horn Rd., Ste. 115
P.O. Box 276600
Sacramento, CA 95827
Tel. (916) 857-6900
Fax (916) 857-6902
kevinsnider@pacificjustice.org