**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| MICHAEL NEWDOW, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 08-2248 (RBW) |
| ) | |
| HON. JOHN ROBERTS, JR., et al., ) | |
| ) | |
| Defendants. ) | |

**MOTION OF DEFENDANT DR. RICK WARREN FOR LEAVE TO FILE**
**MEMORANDUM IN OPPOSITION TO PRELIMINARY INJUNCTION**

Defendant Dr. Rick Warren hereby moves the Court for leave to file a Memorandum in Opposition to Motion for Preliminary Injunction, for good cause as stated in the Declaration of Kevin T. Snider filed in support of this Motion. In short, this lawsuit was filed barely two weeks ago, on December 30, 2008. Rev. Warren retained counsel Pacific Justice Institute on January 14, 2009, at which time counsel became aware of the preliminary injunction hearing the following day and the briefing deadlines which had passed. Counsel believes it is essential for Dr. Warren to have an opportunity

/

[Continued on Next Page]

/

to defend himself in this hearing, and therefore offers the abbreviated Memorandum of Points and Authorities in Opposition to Plaintiff's Preliminary Injunction Motion, filed herewith.

Dated: January 15, 2009 Respectfully submitted,

_____/S/_____
Kevin T. Snider, Chief Counsel
PACIFIC JUSTICE INSTITUTE
California Bar Number 170988
P.O. Box 276600
9851 Horn Road, Suite 115
Sacramento, CA 95827
Tel. (916) 857-6900
Fax: (916) 857-6902
kevinsnider@pacificjustice.org

/s/ J. Stephen Simms
J. Stephen Simms
Simms Showers LLP
20 S. Charles Street, Suite 702
Baltimore, Maryland 21201
Tel. (410) 783-5795
Fax: (410) 510-1789
jssimms@simmsshowers.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2009, I served on all parties to this action the foregoing by electronically filing this document through the Court's CM/ECF website.

/s/ J. Stephen Simms