IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL NEWDOW, *et al.,* ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 1:08-cv-02248-RBW |
| ) | |
| HON. JOHN ROBERTS, JR., *et al.,* ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for the American Center for Law and Justice, certify that to the best of my knowledge and belief, the American Center for Law and Justice has no parent companies, subsidiaries, or affiliates which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Dated: January 13, 2009

/s/ James M. Henderson
James M. Henderson (#452639)
  *Counsel of Record*
American Center for Law & Justice
201 Maryland Ave., NE
Washington, DC 20002
(202) 546-8890
*Counsel for Amicus*