# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL NEWDOW, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> HON. JOHN ROBERTS, JR., ) <br> CHIEF JUSTICE OF THE U.S. SUPREME ) <br> COURT, et al., ) <br> ) <br> Defendants. ) | Civil Action No. 08-2248 (RBW) |

## SHOW CAUSE ORDER

The Presidential Inauguration oath having been administered on January 20, 2009, the event which the plaintiffs sought to enjoin and acquire judgment declaring inclusion of the words "so help me God" as part of the oath unconstitutional, and the plaintiffs having failed to timely appeal this Court's January 16, 2009 order denying the injunctive relief sought by the plaintiffs, it is hereby

**ORDERED** that the plaintiffs shall show cause by February 27, 2009, why this case should not be dismissed on the ground that the event about which the plaintiffs sought redress has been completed, and therefore the plaintiffs' claims have become moot. The plaintiffs' failure to show cause or seek an extension to respond to this Order by the February 27, 2009 deadline will result in the dismissal of this case.

**SO ORDERED** this 10th day of February, 2009.

_____/s/_____
REGGIE B. WALTON
United States District Judge