# UNITED STATES DISTRICT COURT
### District of Columbia

MICHAEL NEWDOW, ET AL.

**SUMMONS IN A CIVIL CASE**

V.

HON. JOHN ROBERTS, JR., ET AL.

CAS~~E NUMBER~~

Case: 1:08-cv-02248
Assigned To : Walton, Reggie B.
Assign. Date : 12/30/2008
Description: Civil Rights-Non-Employ.

TO: (Name and address of Defendant)

Michael B. Mukasey
Attorney General of the United States
950 Pennsylvania Avenue NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)



ROBERT RITTER, DC BAR #414030
AHA – 1777 T STREET, NW, WASHINGTON, DC 20009
(202) 238-9088, BRitter@americanhumanist.org

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                                          DEC 30 2008

CLERK                                                                                              DATE

(By) DEPUTY CLERK

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE January 6, 2009 at 1:17 pm |
| NAME OF SERVER *(PRINT)* Daniel F. Portnoy | TITLE private process server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

XX☐ Other (specify): personal service on Anthony Danzler, Authorized Representative of Michael B. Mukasey, Attorney General of the United States, at 950 Pennsylvania Avenue NW, Washington, DC 20530

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/9/2009
         *Date*

*Signature of Server*

DC Legal Process, LLC
9742 Hedin Drive
Silver Spring, MD 20903

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.