# UNITED STATES DISTRICT COURT
## District of Columbia

MICHAEL NEWDOW, ET AL.

**SUMMONS IN A CIVIL CASE**

V.

HON. JOHN ROBERTS, JR., ET AL.

CASE

Case: 1:08-cv-02248
Assigned To : Walton, Reggie B.
Assign. Date : 12/30/2008
Description: Civil Rights-Non-Employ.

TO: (Name and address of Defendant)

Senator Dianne Feinstein, Chairman
Joint Congressional Committee on Inaugural Ceremonies
United States Senate
331 Hart Senate Office Building
Washington, DC 20510

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)



ROBERT RITTER, DC BAR #414030
AHA – 1777 T STREET, NW, WASHINGTON, DC 20009
(202) 238-9088, BRitter@americanhumanist.org

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    DEC 3 0 2008

CLERK                                         DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE | January 6, 2009 at 3:30 pm |
| NAME OF SERVER (PRINT) Daniel F. Portnoy | TITLE | private process server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): <u>personal service on Grant R. Vinik, Esq., Assistant Senate Legal Counsel and Authorized Representative on behalf of Senator Dianne Feinstein, Chairman, JCCIC, at 642 Hart Senate Office Building, Washington, DC 20510</u>

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/9/2009
            Date            Signature of Server

DC Legal Process, LLC
9742 Hedin Drive
Silver Spring, MD 20903
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.