# UNITED STATES DISTRICT COURT
## District of Columbia

MICHAEL NEWDOW, ET AL.

**SUMMONS IN A CIVIL CASE**

V.

HON. JOHN ROBERTS, JR., ET AL.

Case: 1:08-cv-02248
Assigned To : Walton, Reggie B.
Assign. Date : 12/30/2008
Description: Civil Rights-Non-Employ.

TO: (Name and address of Defendant)

Rev. Joseph E. Lowery
3121 Cascade Rd. SW
Atlanta, GA 30311

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)



ROBERT RITTER, DC BAR #414030
AHA – 1777 T STREET, NW, WASHINGTON, DC 20009
(202) 238-9088, BRitter@americanhumanist.org

an answer to the complaint which is served on you with this summons, within   20   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                                       DEC 3 0 2008

CLERK                                                                                  DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE JANUARY 12, 2009 @ 5:00 PM |
|---|---|
| NAME OF SERVER *(PRINT)* EARL W. GAYLE | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: EVELYN LOWERY - WIFE

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1-13-09
*Date*

*Signature of Server*

Atlanta Legal Services, Inc.
3070 Presidential Parkway #148
Atlanta, GA 30340

*Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.