# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MICHAEL NEWDOW, et al., | ) |
|  | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 08-2248 (RBW) |
|  | ) |
| HON. JOHN ROBERTS, JR., et al., | ) |
|  | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

To the Clerk of Court and all parties of record:

Please enter the appearance of Kevin T. Snider, Pacific Justice Institute, as counsel of record for the following defendant in this case:

Dr. Joseph E. Lowery

Dated:  March 3, 2009                           Respectfully submitted,

                                                 /s/ Kevin T. Snider
                                                Kevin T. Snider, Chief Counsel
                                                California Bar Number 170988
                                                PACIFIC JUSTICE INSTITUTE
                                                P.O. Box 276600
                                                9851 Horn Road, Suite 115
                                                Sacramento, CA 95827
                                                Tel.  (916) 857-6900
                                                Fax:  (916) 857-6902
                                                kevinsnider@pacificjustice.org

                                                Counsel for Defendants
                                                Dr. Richard Warren and Dr. Joseph Lowrey

**CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2009, I served on all parties to this action the foregoing Notice of Appearance by electronically filing this document through the Court's CM/ECF website.

        /s/ Kevin T. Snider
Kevin T. Snider, Chief Counsel
California Bar Number 170988
PACIFIC JUSTICE INSTITUTE
P.O. Box 276600
9851 Horn Road, Suite 115
Sacramento, CA 95827
Tel. (916) 857-6900
Fax: (916) 857-6902
kevinsnider@pacificjustice.org