## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL NEWDOW,** *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>**HON. JOHN ROBERTS, JR.,** *et al.*,<br><br>　　　　　　Defendants. | **Civil case No. 1:08-cv-02248-RBW** |

## PLAINTIFFS' NOTICE OF FILING REDACTED DOCUMENT

MICHAEL NEWDOW
*In pro per* and *pro hac vice*
PO BOX 233345
SACRAMENTO, CA  95823

(916) 427-6669
NewdowLaw@gmail.com


ROBERT V. RITTER
DC BAR #414030
AHA – 1777 T STREET, NW
WASHINGTON, DC  20009

(202) 238-9088
BRitter@americanhumanist.org

# NOTICE

On March 10, 2009, Plaintiffs filed their Motion for Leave to Submit First Amended Complaint. Document 66. Included were:

(1) The Motion for Leave to Submit First Amended Complaint;
(2) An Appendix A to that Motion; and
(3) The First Amended Complaint (filed also as an Appendix to the Motion).

Appendices A-F of the First Amended Complaint, itself, were filed separately. Document 68 ("Plaintiffs' Notice #1 of Filing Additional Appendices").

Appendix G, which is too large to file as one document, contains the redacted declarations of the newly-added plaintiffs. It is being attached to this "Notice of Filing Redacted Document."

Respectfully submitted,


/s/ - Michael Newdow                                /s/ - Robert V. Ritter

Michael Newdow                                      Robert V. Ritter
*In pro per and Pro hac vice*                       DC Bar #414030
PO Box 233345                                       AHA – 1777 T Street, NW
Sacramento, CA  95823                               Washington, DC  20009

Phone:   (916) 427-6669                             (202) 238-9088
E-mail:  NewdowLaw@gmail.com                        BRitter@americanhumanist.org

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Action No. 1:08-cv-02248-RBW

**Newdow v. Roberts**

**CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2009, I filed the following document:

**PLAINTIFFS' NOTICE OF FILING REDACTED DOCUMENT**

electronically with the Clerk of the United States District Court for the District of Columbia, using the CM/ECF system. Accordingly, service will assumedly be made upon:

Counsel for Defendants Roberts, JCCIC, Feinstein, AFIC and Rowe:
    Eric B. Beckenhauer eric.beckenhauer@usdoj.gov
    Brad P. Rosenberg brad.rosenberg@usdoj.gov

Counsel for Defendants PIC and Beliveau:
    Desmond Hogan edhogan@hhlaw.com
    Craig Alan Hoover cahoover@hhlaw.com
    Dominic F. Perella dfperella@hhlaw.com

Counsel for Defendants Warren and Lowery:
    J. Stephen Simms jssimms@simmsshowers.com
    Kevin E. Snider kevinsnider@pacificjustice.org


/s/ - Robert V. Ritter

ROBERT V. RITTER
DC BAR #414030
AHA – 1777 T STREET, NW
WASHINGTON, DC  20009

(202) 238-9088
BRitter@americanhumanist.org