# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**MICHAEL NEWDOW,** *et al.*,

          **Plaintiffs,**

          **v.**

**HON. JOHN ROBERTS, JR.,** *et al.*,

          **Defendants.**

Civil Action No. 1:08-cv-02248-RBW

---

## PLAINTIFFS' ASSENTED-TO MOTION TO SUBMIT CHILD-RELATED ADDRESSES (IN THE FIRST AMENDED COMPLAINT) UNDER SEAL

---

MICHAEL NEWDOW
*In pro per* and *pro hac vice*
PO BOX 233345
SACRAMENTO, CA  95823

(916) 427-6669
NewdowLaw@gmail.com


ROBERT V. RITTER
DC BAR #414030
AHA – 1777 T STREET, NW
WASHINGTON, DC  20009

(202) 238-9088
BRitter@americanhumanist.org

In documents being filed concurrently with this document, Plaintiffs are seeking leave to file an Amended Complaint. Approximately 230 additional individuals are joining the original plaintiffs in the Amended Complaint. Of these, approximately forty are either minor children themselves, or are adults who currently are (or expect to be) parents with minor children during the pendency of this litigation. Because such minor children may be at risk of injury due to their participation in what is, for some, a very unpopular quest, Plaintiffs are herein seeking permission to submit their names and addresses (and/or those of their parents) under seal. Accompanying this Motion is a proposed Order.

Because the pertinent arguments have already been presented to the Court in an earlier Motion for a Protective Order, Documents #30, and the Court has considered and ruled on that Motion, Document #36, a Memorandum in Support of this Motion is assumed to be unnecessary. (Plaintiffs will gladly provide such a memorandum, however, should the Court so prefer.)

Pursuant to LCvR 7(k) and (m):

(a) Consultation was obtained with Brad Rosenberg, opposing counsel for Defendants Hon. John Roberts, Jr., JCCIC, Senator Dianne Feinstein, AFIC, and Major General Richard Rowe. Mr. Rosenberg's address is:

> Brad Rosenberg
> USDOJ, Civil Division, Federal Programs Branch
> PO Box 883
> Washington, DC 20044

Mr. Rosenberg consents to this Motion.

(b) Consultation was obtained with E. Desmond Hogan, opposing counsel for Defendants PIC and Emmett Beliveau. Mr. Hogan's address is:

> E. Desmond Hogan
> Hogan & Hartson, LLP
> 555 Thirteenth St., NW
> Washington, DC 20004

Mr. Hogan consents to this Motion.

(c) Consultation was obtained with Kevin Snider, opposing counsel for Defendants Rev. Rick Warren and Rev. Joseph Lowery. Mr. Snider's address is:

> Kevin Snider
> Pacific Justice Institute
> 9851 Horn Road, Suite 115
> Sacramento, CA 95827

Mr. Snider consents to this Motion.


Respectfully submitted this 10th day of March, 2009,

| /s/ - Michael Newdow | /s/ - Robert V. Ritter |
|---|---|
| Michael Newdow | Robert V. Ritter |
| *In pro per* and *pro hac vice* | DC Bar #414030 |
| PO Box 233345 | AHA – 1777 T Street, NW |
| Sacramento, CA 95823 | Washington, DC 20009 |
| (916) 427-6669 | (202) 238-9088 |
| NewdowLaw@gmail.com | BRitter@americanhumanist.org |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Action No. 1:08-cv-02248-RBW

Newdow v. Roberts

CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2009, I filed the following document:

**PLAINTIFFS' ASSENTED-TO MOTION TO SUBMIT CHILD-RELATED ADDRESSES (IN THE FIRST AMENDED COMPLAINT) UNDER SEAL**

electronically with the Clerk of the United States District Court for the District of Columbia, using the CM/ECF system. Accordingly, service will assumedly be made upon:

Counsel for Defendants Roberts, JCCIC, Feinstein, AFIC and Rowe:
    Eric B. Beckenhauer eric.beckenhauer@usdoj.gov
    Brad P. Rosenberg brad.rosenberg@usdoj.gov

Counsel for Defendants PIC and Beliveau:
    Desmond Hogan edhogan@hhlaw.com
    Craig Alan Hoover cahoover@hhlaw.com
    Dominic F. Perella dfperella@hhlaw.com

Counsel for Defendants Warren and Lowery:
    J. Stephen Simms jssimms@simmsshowers.com
    Kevin E. Snider kevinsnider@pacificjustice.org


/s/ - Robert V. Ritter

ROBERT V. RITTER
DC BAR #414030
AHA – 1777 T STREET, NW
WASHINGTON, DC  20009

(202) 238-9088
BRitter@americanhumanist.org