IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL NEWDOW, *et al.*,

    Plaintiffs,

v.

HON. JOHN ROBERTS, JR., *et al.*,

    Defendants.

Civil Action #1:08-cv-02248-RBW

## PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given this 9th day of April, 2009, that Plaintiffs in the above named case[1] hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from an Order:

    (1) Precluding plaintiff Newdow from challenging the issue of whether he has standing to contest the utterance of prayer at the Presidential Inaugural ceremony, and

    (2) Finding that all Plaintiffs lack standing to pursue any of the relief they are requesting,

entered in this action on the 12th day of March, 2009.

---

[1] See Appendix for a list of the 255 individual and 19 organizational plaintiffs participating in this appeal.

RECEIVED
APR - 9 2009
Clerk, U.S. District and
Bankruptcy Courts

Respectfully submitted,


MICHAEL NEWDOW
*In pro per* and *pro hac vice*
PO BOX 233345
SACRAMENTO, CA 95823
(916) 427-6669
NewdowLaw@gmail.com


*/s/ Robert Ritter*
_____

ROBERT V. RITTER
DC BAR #414030
AHA – 1777 T STREET, NW
WASHINGTON, DC 20009
(202) 238-9088
BRitter@americanhumanist.org




(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure, a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party.)

ROBERT V. RITTER
AHA – 1777 T STREET, NW
WASHINGTON, DC 20009

(202) 238-9088          BRitter@americanhumanist.org

April 9, 2009

Clerk of the Court
U.S. Court of Appeals for the D.C. Circuit


Dear Sir or Madam:

Attached please find an original and five copies of the Plaintiffs' Notice of Appeal in the above-referenced litigation.

Kindly mail copies to the following at the addresses indicated. Pre-addressed, postage-paid envelopes are included as well.

    Counsel for Defendants Roberts, JCCIC, Feinstein, AFIC and Rowe:
        Eric B. Beckenhauer eric.beckenhauer@usdoj.gov
        Brad P. Rosenberg brad.rosenberg@usdoj.gov
        John C. O'Quinn john.c.o'quinn@usdoj.gov

        Eric B. Beckenhauer
        Post Office Box 883
        Washington, D.C. 20044

    Counsel for Defendants PIC and Beliveau:
        Desmond Hogan edhogan@hhlaw.com
        Craig Alan Hoover cahoover@hhlaw.com
        Dominic F. Perella dfperella@hhlaw.com

        E. Desmond Hogan
        Hogan & Hartson L.L.P.
        Columbia Square
        555 Thirteenth Street, N.W.
        Washington, D.C. 20004-1109

Counsel for Defendants Warren and Lowery:
    J. Stephen Simms jssimms@simmsshowers.com
    Kevin E. Snider kevinsnider@pacificjustice.org

J. Stephen Simms
Simms Showers LLP
20 S. Charles Street, Suite 702
Baltimore, MD 21201

Kevin E. Snider
Pacific Justice Institute
P.O. Box 276600
9851 Horn Road, Suite 115
Sacramento, CA 95827


Thank you very much for your time and consideration.

Sincerely,

_____
   Robert V. Ritter, Esq.

# APPENDIX

## Plaintiffs' Names

### Individual Plaintiffs

(1)  Newdow, Michael
(2)  Schempp, Ellery
(3)  Lipman, Mel
(4)  Barker, Dan
(5)  Gaylor, Annie-Laurie
(6)  Sherman, Robert
(7)  Berkshire, August
(8)  Castle, Marie
(9)  Bechman, Stuart
(10) Silverman, Herb
(11) Torpy, Jason
(12) Greenberger, Harry
(13) Hornbeck, Kirk
(14) Wingrove, Richard
(15) Arntzen, Christopher
(16) Stoltenberg, John
(17) LaClair, Katherine
(18) Altman, Louis
(19) Case, Paul
(20) Schiffelbein, Jerry
(21) Richardson, Anne
(22) Richardson, Jay
(23) Dugan, Dan
(24) Andrews, Anna Mae
(25) Sutton, Eliza
(26) Ressman, Richard
(27) Abelman, Marsha W.
(28) A-Doe1
(29) Aldred, Stephen
(30) A-Doe2
(31) Allewalt, Linda

(32) Alman, Isadora
(33) A-Doe3
(34) Avery, Timothy G.
(35) Balzano, Donald P.
(36) B-Doe1Parent1
(37) Barnes, Chad
(38) B-Doe2
(39) Beat, Lawrence W.
(40) Becker, Zachary
(41) Beekhuis, G. J.
(42) Benedict, Marc J.
(43) B-Doe3
(44) Berger, Gary Lee
(45) Berry, James H.
(46) B-Doe4
(47) Blazo, Al
(48) Borrell, Lorraine A.
(49) Borrell, Richard M.
(50) Bossom, Chris
(51) Brabander, Gregory T.
(52) Brandt, Marle
(53) Braun, Burkhard R.
(54) B-Doe5
(55) B-Doe6
(56) B-Doe7
(57) B-Doe8
(58) B-Doe1Parent2
(59) B-Doe1Child1
(60) B-Doe1Child2
(61) Burke, Julianne F.
(62) Burke, Michael
(63) Butcher, Linda
(64) Cassels, Jean
(65) C-Doe1
(66) C-Doe2
(67) C-Doe3
(68) Cox, Christopher
(69) Cramer, Sally J.
(70) C-Doe4
(71) Crow, Gail M.

(72) Dabbs, Edward J.
(73) Darwin, Steven P.
(74) Davidson, Joseph
(75) Davis Jr., Herbert A.
(76) Destler, David M.
(77) D-Doe1
(78) E-Doe1
(79) Eisenberg, Bernard
(80) Ellis, Brian P.
(81) Farren, Jamie L.
(82) Fleming, David J.
(83) Floyd, Lauren
(84) Gahagan, Gary
(85) Garvin, Jonathan
(86) Ghermann, Ernst F.
(87) Gilthorpe, Stefan
(88) Gleason, Bruce
(89) Goodman, Joseph P.
(90) Grimaudo, Leonard T.
(91) Grimes, Richard O.
(92) Guardino, Beverly J.
(93) Guillen, Gary A.
(94) Gulledge, Christopher J.
(95) Gulsby Sr., John A.
(96) Guzman, Louis E.
(97) Haider, William R.
(98) Halasz, Richard
(99) Haley, Jeffrey T.
(100) Hall, William J.
(101) Hamel, David O.
(102) Hart, Diane
(103) Hart, Brian
(104) Hawkins, Gary D.
(105) H-Doe1
(106) Heard, Gloria J.
(107) Hecker, Walter G.
(108) Helton, Robert S.
(109) Hoaks, Trina J.
(110) Holste, Peter N.
(111) Hommerding, Emily

(112) Honnigford, Bruce N.
(113) Hughes, Wendy
(114) Humston, Jill L.
(115) Hunn Jr., Wilfred A.
(116) Hunsberger, Virginia M.
(117) Huntsman, David P.
(118) Jacobson, Michael
(119) Jochums Jr., Robert E.
(120) Johnson, Troy P.
(121) Jones, Linda W.
(122) J-Doe1
(123) Jones, Ronald A.
(124) Kane, George F.
(125) Kaplan, Wendy
(126) Kessinger, M.D., Rovena L.
(127) Kirby, Susan L.
(128) Knox, Donna J.
(129) K-Doe1
(130) Koch, Don
(131) Kottow, Travis
(132) LaCourt, Marilyn
(133) L-Doe1
(134) Lapinsky, ZoAnn
(135) Last, Eric R.
(136) Leach, Christopher
(137) Lerner, Lawrence S.
(138) Leung, Carol
(139) Leung, Granville
(140) Lewis, Gerald J.
(141) Li, June H.
(142) Lieb, Anne-Rosemarie
(143) L-Doe2
(144) Lipp, Dallas W.
(145) Lobdell, James E.
(146) Lubin, Donald P.
(147) Mack, Anthony
(148) Mack, Jillian
(149) Mack, Susan
(150) Mansker III, Andrew J.
(151) Marchetti, Peter

(152) Marquis, Victor O.
(153) Marquisee, Eleanor
(154) Marquisee, Mark
(155) Martin, Richard M.
(156) Mauriello, David
(157) Maxwell, Sarah A.
(158) McCollum, James T.
(159) McCormick, Andrea H.
(160) M-Doe1Parent1
(161) M-Doe1Parent2
(162) Mitteldorf, Harriet
(163) Monllor, Javier
(164) Monroe, Phillip
(165) M-Doe2
(166) Morgan, Thomas J.
(167) Morris, Garrett
(168) Muñoz, Anthony
(169) Murphy, Michael J.
(170) Nagornyy, Viktor
(171) Nelson, Connie B.
(172) Neubauer, Steven
(173) Norman, Jeanette M.
(174) Nydick, Barbara A.
(175) Oliver, Dale
(176) Pabian, David P.
(177) Paige, Jennifer
(178) Park, Carolie
(179) Petry, Marsha
(180) PlazinskI, Lori
(181) Price, Joel W.
(182) Purdon, Jeffrey R.
(183) R-Doe1
(184) R-Doe2
(185) Rapp, Robert C.
(186) Ready Jr., Robert F.
(187) Reeder, Gregory L.
(188) R-Doe3
(189) Ridder, Martin
(190) Riddering, Thomas K.
(191) Robinson, Susan P.

(192) Rodosovich, Ted
(193) Romanowski, Scott
(194) Rose, David
(195) Rosenthal, Neal
(196) Rothstein, Polly
(197) Saia, Chris
(198) Saltzman, Jonah
(199) Sanden, Mary
(200) S-Doe1
(201) Schaich, David
(202) Schlueter, Roger S.
(203) S-Doe2
(204) Sellnow, Paul
(205) S-Doe3
(206) Sierichs Jr., William C.
(207) Silverman, Sarah A.
(208) Silverman, Carl H.
(209) Sitzes, Charlie C.
(210) Skomer, Debra A.
(211) Smith, Nancy S.
(212) Smith, Mike
(213) Solomon, Steven L.
(214) S-Doe4
(215) Stauffer, M. Laura
(216) Stauffer, Ronald P.
(217) Steiner, John
(218) S-Doe5
(219) Stone, Martin M.
(220) Storey, Paul
(221) Straus, Marvin
(222) Stubbs, Eric M.
(223) Swales, Gregory F.
(224) Tanner, Victor
(225) T-Doe1
(226) T-Doe2
(227) T-Doe3
(228) Theris, Niko
(229) Thorlin III, John F.
(230) Tierney, Sean M.
(231) Tjaden, Paul J.

(232) Tracey, Teri L.
(233) T-Doe4
(234) Trezos, Thanos
(235) Tucker, George K.
(236) VanTussenbrook, Scott V.
(237) Viceroy, Andrew D.
(238) Vix, Damon P.
(239) V-Doe1
(240) V-Doe2
(241) Ward, Don C.
(242) W-Doe1Parent1
(243) Wayne, Frank R.
(244) W-Doe 2
(245) Westphal, Karla
(246) Weyers, Joseph D.
(247) W-Doe1Parent2
(248) Wittmann, Dustin
(249) York II, Earl D.
(250) Young, Andrew M.
(251) Zehrer, Terrence
(252) Zerba, George W.
(253) Zerba, Mary P.
(254) Ziolkowski, Steven
(255) Zumach, Henry H.

# Organizational Plaintiffs

(1) The American Humanist Association
(2) Freedom From Religion Foundation
(3) Military Association of Atheists & Freethinkers
(4) Minnesota Atheists
(5) Atheists for Human Rights
(6) Atheist Alliance International
(7) Atheists United
(8) New Orleans Secular Humanist Assn
(9) University Of Washington
(10) Seattle Atheists
(11) Atheists of Florida
(12) Central Minnesota Friends Free of Theism
(13) Humanist Society of Santa Barbara
(14) Freethinkers of Colorado Springs, Inc.
(15) Atheists of Broward County, FL, Inc.
(16) Humanists of Washington
(17) Pennsylvania Nonbelievers
(18) Freethought Society of Greater Philadelphia
(19) Boston Atheists